VIOLA MYERS and J. RHODES O'REILLY, as Receiver of the Real and Personal Property of HENRY J. MYERS, Respondents, v. HENRY J. MYERS, THE BANKERS TRUST COMPANY, Respondents. CATHLEEN HARRIET MYERS, MATTHEW P. DOYLE, as Guardian ad Litem of CATHLEEN HARRIET MYERS, an Infant under the Age of Fourteen Years, Appellants; HAROLD LANE and THE LENOX HILL HOSPITAL, Defendants.— Order of July 18, 1928, denying motion to set aside the order of June 27, 1928, fixing appellant Doyle's allowance for services and disbursements as guardian ad litem, affirmed, with ten dollars costs and disbursements, payable by appellant Doyle personally. No opinion. The appeals from the orders dated, respectively, June 8, 1928, and June 27, 1928, are dismissed upon

* Affd., 251 N. Y. —.

the ground that they were not taken in time. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.